May 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CARL POSTON AND SHEREA POSTON, Appellants

NO. 14-11-00485-CV                    V.

WACHOVIA MORTGAGE CORPORATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Wachovia Mortgage Corporation, signed August 17, 2009 and made final by the order of severance signed May 3, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Carl Poston and Sherea Poston, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.